UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELA E. GODINEZ<br><br>　　　　Plaintiff,<br><br>v.<br><br>FCA US, LLC<br><br>　　　　Defendant. | Case No.  1:22-cv-00437-ADA-HBK<br><br>**JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** judgment is hereby ENTERED in accordance with the Notice of Acceptance with Offer of Judgment filed 09/22/2023.

September 27, 2023

KEITH HOLLAND, CLERK

By: /s/  R. Gonzalez,
Deputy Clerk