UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELA GODINEZ, | No. 1:22-cv-00437-ADA-HBK |
| Plaintiff, | |
| v. | ORDER GRANTING STIPULATION REGARDING PLAINTIFF'S FEES, COSTS, AND EXPENSES |
| FCA US, LLC, | |
| Defendant. | (ECF No. 26) |

On September 22, 2023, Plaintiff Daniela Godinez filed a notice of acceptance of Defendant FCA US, LLC's offer of judgment pursuant to Federal Rule of Procedure 68.[1] (ECF No. 24.) Defendant agreed that Plaintiff's acceptance of the offer would make her a prevailing party entitled to reasonable attorney's fees and costs. (*Id.* at 5.) The Clerk of Court entered judgment on September 27, 2023. (ECF No. 25.) Rather than litigate reasonable attorney's fees, costs, and expenses, the parties filed a joint stipulation on September 29, 2023. (ECF No. 26.) The parties agree that Defendant will pay Plaintiff's attorney's fees, costs, and expenses in the sum of $20,000.00. (*Id.* at 2.) They further agree that Defendant will make this payment within sixty days from the date of entry of this order. (*Id.*)

///

---

[1] Plaintiff first filed her acceptance on June 30, 2023 but categorized it as a request for entry of judgment. (ECF No. 22.) On September 22, 2023, the Clerk of Court ordered Plaintiff to refile the acceptance using the proper docket categorization. (ECF No. 23.)

1

Accordingly,

1. Good cause appearing, the Court grants the parties' stipulation;

2. Defendant shall pay Plaintiff's reasonable attorney's fees, costs, and expenses in the amount of $20,000.00 within sixty (60) days of the date of signature on this order;

3. Payment shall be made to Plaintiff's counsel, Tionna Dolin, at:

> Tionna Dolin
> Strategic Legal Practices, APC
> 1888 Century Park East, Floor 19
> Los Angeles, CA 90067

IT IS SO ORDERED.

Dated:   October 5, 2023

_____
UNITED STATES DISTRICT JUDGE

2